# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

LOETA A. STICK,          )
                          )
        **Plaintiff,**     )
                          )
    **v.**                )     **Case No. CIV-14-463-SPS**
                          )
CAROLYN W. COLVIN,     )
ACTING Commissioner of the  )
Social Security Administration, )
                          )
        **Defendant.**    )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 17] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 7th day of March, 2016.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**